UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CALIFORNIA
NORTHERN DISTRICT

In Re:

ATG, INC.; ATG RICHLAND CORP.; ATG
NUCLEAR SERVICES LLC; and ATG
CATALYTICS, LLC,

Debtors.

Case No. 01-46389-RJN
Jointly Administered
Chapter 7

## STIPULATION FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM OF THE MMT PLAN ADMINISTRATOR

Now comes Robert I. Hanfling (the "ATG Trustee"), the Chapter 7 Trustee of the jointly administered California bankruptcy estates of ATG, Inc., ATG Richland Corp., ATG Nuclear Services LLC, and ATG Catalytics, L.L.C. (collectively, "ATG") and Stephen S. Gray, the Chapter 11 Plan Administrator of the jointly administered Massachusetts bankruptcy estates of Molten Metal Technologies, Inc., MMT of Tennessee, Inc., MMT Federal Holdings, Inc., M4 Environmental Management, Inc., and M4 Environmental L.P. (the "MMT Administrator"), and hereby stipulate and agree as follows:

1.  On January 22, 2008, a *Joint Motion to Approve Agreement Between Plan Administrator and Bankruptcy Trustee of ATG Catalytics L.L.C., Energy Solutions, LLC and Tennessee Department of Environment and Conservation For Authorization to Execute a Certain Replacement Deed* (the "Joint Motion") was filed in the Massachusetts Bankruptcy Court in MMT Bankruptcy's proceeding (Case No. 97-21385) (the "Motion").

2.  Pursuant to the Motion, the ATG Trustee acknowledged and agreed (*inter alia*) that the MMT Administrator had an allowed administrative claim in the amount of $55,000.00 against ATG which arose pursuant to a certain assignment of claim from ETE Consulting Co.

(the "Claim"). A true and accurate copy of the Joint Motion is annexed as **Exhibit 1** and is specifically incorporated herein by reference.

3. The Motion was approved by the Massachusetts Bankruptcy Court on February 12, 2008.

4. The Claim has not been paid or otherwise satisfied.

5. The Parties hereto stipulate and agree that the Claim shall be and hereby is an allowed Administrative Claim, subordinate only to the allowed fees and expenses of the ATG Trustee and his professionals, and to such other administrative claims which had been allowed by the Bankruptcy Court in ATG's bankruptcy case prior to January 22, 2008.

6. The Parties further stipulate and agree that the Claim shall be paid or receive its pro rata dividend pursuant to the provisions of this Stipulation.

WHEREFORE, Robert I. Hanfling, Chapter 7 Trustee of ATG, L.L.C., and ATG, Inc., and Stephen S. Gray, Plan Administrator for Molten Metal Technology, Inc., request that this Stipulation be entered as an Order of the Court, and for such other and further relief as this Court deems just and proper.

| | |
|---|---|
| STEPHEN S. GRAY,<br>PLAN ADMINISTRATOR,<br>By his Attorneys, | ROBERT I. HANFLING, CHAPTER 7<br>TRUSTEE OF ATG CATALYTICS L.L.C., |
| RIEMER & BRAUNSTEIN LLP | By his Attorneys,<br>PRYOR CASHMAN LLP |
| /s/ Alan L. Braunstein | /s/ Robert M. Fleischer |
| Alan L. Braunstein, Esquire<br>BBO No. 546042<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 | Robert M. Fleischer, Esquire<br>Pryor Cashman LLP<br>410 Park Avenue<br>New York, NY 10022<br>(212) 326-0485 |

ROBERT I. HANFLING, Chapter 7 Trustee
C/O PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
Telephone: (212) 421-4100

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ATG, INC.,
ATG RICHLAND CORP.,
ATG NUCLEAR SERVICES LLC, and
ATG CATALYTICS, LLC,

Debtors.

Case Nos.: 01-46389 N11
02-43161 N11
02-43163 N11
02-43164 N11

Chapter 7
Jointly Administered

## CERTIFICATION

Robert M. Fleischer hereby certifies and declares that a copy of the foregoing Stipulation for the Allowance of Administrative Expense Claim of the MMT Plan Administrator was served electronically via the Court's ECF system on all parties registred and entitled to receive electronic notice in this case. In addition, copies were sent, via email, on this 30th day of March, 2009, to the following:

Steffani Jill Boudreau, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
email: sboudreau@riemerlaw.com

_s/ Robert M. Fleischer_
Robert M. Fleischer